UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

DAMON X. MILLER, et al., on behalf of
himself and all others similarly
situated,

     Plaintiffs,

       v.

NEXTGEN HEALTHCARE, INC.,


     Defendant.

CIVIL ACTION NO.
1:23-CV-02043-TWT

## ORDER

The Court having previously consolidated the member cases in this action into the above lead action, [Doc. 18], the Clerk is DIRECTED to ADMINISTRATIVELY CLOSE the member cases: 1:23-CV-02050-TWT; 1:23-CV-02067-TWT; 1:23-CV-02069-TWT; 1:23-CV-02093-TWT; 1:23-CV-02130-TWT; 1:23-CV-02131-TWT; 1:23-CV-02137-TWT; 1:23-CV-02139-TWT; 1:23-CV-02148-TWT; 1:23-CV-02160-TWT; 1:23-CV-02210-TWT; 1:23-CV-02238-TWT; 1:23-CV-02293-TWT; 1:23-CV-02504-TWT; 1:23-CV-02296-TWT.[1] The parties are DIRECTED to continue making any filings related to all of the consolidated member cases only on the docket of this lead case.

SO ORDERED, this 11th day of March, 2024.

---

[1] Administrative closure will not prejudice the rights of any Party to this litigation. A Party need only file a motion to reopen an individual case if it so chooses.

THOMAS W. THRASH, JR.
UNITED STATES DISTRICT JUDGE