IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| DAMON X. MILLER, *individually and on behalf of all others similarly situated*,<br><br>    Plaintiff,<br><br>v.<br><br>NEXTGEN HEALTHCARE, INC.,<br><br>    Defendant. | Case No. 1:23-cv-02043-TWT<br><br>Hon. Thomas W. Thrash, Jr. |

## PLAINTIFFS' UNOPPOSED MOTION FOR PRELIMINARY APPROVAL OF CLASS ACTION SETTLEMENT AND PRELIMINARY CERTIFICATION OF SETTLEMENT CLASS

Pursuant to Rule 23(e), and subject to Court approval, Plaintiffs Damon Miller, Elizabeth Appleton, Abolanle Abikoye, Rosa Akhras, Srikanth Atluri, Corey Benn, Bellvinia Brickle, Shawna Kerr individually and on behalf of her of her minor child J.K., Carter Bundy individually and on behalf of his minor child A.B., and Scott Phillips individually and on behalf of his minor child H.P., (hereinafter "Settlement Class Representatives"), on behalf of themselves and all others similarly situated, respectfully move the Court for preliminary approval of the proposed settlement of this class action under Rule 23 of the Federal Rules of Civil Procedure.

In support of the Motion, Plaintiffs submit their Memorandum of Law in Support; the Settlement Agreement and Release (attached as *Exhibit 1* to the Memorandum, with accompanying Exhibit A – List of Settlement Class Representatives and Exhibit B – Proposed Order Granting Plaintiffs' Unopposed Motion for Preliminary Approval of Class Action Settlement); the Joint Declaration of Class Counsel (attached as *Exhibit 2* to the Memorandum); the Declaration of Settlement Administrator with Notice Plan (attached as *Exhibit 3* to the Memorandum, with its accompanying Exhibit A – Long Form Notice, Exhibit B – Short Form Notice, and Exhibit C – Claim Form); and the Settlement Benefits Plan (attached as *Exhibit 4* to the Memorandum).

For the reasons set forth in the Memorandum, Settlement Class Representatives respectfully request that the Court: (1) grant preliminary approval of the Settlement; (2) certify for settlement purposes the proposed Settlement Class, pursuant to Rule 23(b)(3) and (e) of the Federal Rules of Civil Procedure; (3) approve the Notice Program, including the form and content of the Notices; (4) approve the opt-out and objection procedures set forth in the Notice Program; (5) appoint Plaintiffs as Settlement Class Representatives; (6) appoint as Class Counsel the law firms and attorneys listed in the Agreement; and (7) schedule a Final Approval Hearing (allowing at least 120 days after the date of the Preliminary Approval Order). *See* Exhibit 1 at Exhibit B, Proposed Order.

[*Signature to follow on next page*]

Respectfully submitted this 22nd day of October, 2025.

                                  */s/ MaryBeth V. Gibson*
                                  MaryBeth V. Gibson
                                  Georgia Bar No. 725843
                                  **GIBSON CONSUMER LAW GROUP, LLC**
                                  4279 Roswell Road, Suite 208-108
                                  Atlanta, GA  30342
                                  Telephone: 678-642-2503
                                  marybeth@gibsonconsumerlawgroup.com

                                  */s/ J. Cameron Tribble*
                                  J. Cameron Tribble
                                  Georgia Bar No. 754759
                                  **BARNES LAW GROUP, LLC**
                                  31 Atlanta Street
                                  Marietta, GA  30060
                                  Telephone: 770-227-6375
                                  ctribble@barneslawgroup.com

                                  */s/ Norman E. Siegel*
                                  Norman E. Siegel (*Pro Hac Vice*)
                                  Missouri Bar No. 44378
                                  **STUEVE SIEGEL HANSON LLP**
                                  460 Nichols Road, Suite 200
                                  Kansas City, Missouri 64112
                                  Telephone: (816) 714-7100
                                  siegel@stuevesiegel.com

                                  ***Plaintiffs' Co-Lead Counsel***

## LOCAL RULE 7.1 CERTIFICATE OF COMPLIANCE

I hereby certify that the foregoing pleading filed with the Clerk of Court has been prepared in 14-point Times New Roman font in accordance with Local Rule 5.1(C).

Dated: October 22, 2025.

>   */s/ J. Cameron Tribble*
>   J. Cameron Tribble

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing was filed with this Court via its CM/ECF service, which will send notification of such filing to all counsel of record.

This 22nd day of October 2025.

>   */s/ J. Cameron Tribble*
>   J. Cameron Tribble
>   Georgia Bar No. 754759
>   **BARNES LAW GROUP, LLC**
>   31 Atlanta Street
>   Marietta, GA  30060
>   Telephone: 770-227-6375
>   ctribble@barneslawgroup.com